**NORTHERN DISTRICT OF TEXAS**
**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 26, 2008**                                        **United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| William David Bishop | § | CASE NO. 07-70538-HDH-13 |
| and | § | |
| Tammie Lynn Bishop | § | |
| DEBTORS | § | |

ORDER MODIFYING CLAIM OF THE IRS (Claim #19-2)

On this day came on to be heard/considered Debtors' Objection to Claim of the IRS. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the claim of the IRS (Claim #19-2) filed on March 20, 2008 for $137,385.74 should be immediately modified to reflect accurate figures per the amended tax returns provided.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED that the claim of the IRS (Claim #19-2) filed on March 20, 2008 for $137,385.74 in the above-entitled matter is to be immediately modified.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White, Attorney for Debtor(s)
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com